IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HUGHETTE CRUMPLER, | ) | CASE NO. C-1-02-131 |
| | ) | |
| Plaintiff, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| vs. | ) | |
| | ) | |
| TELXON CORPORATION, et al., | ) | |
| | ) | |
| Defendants/Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN W. PAXTON, SR., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF MANUAL FILING <u>UNDER SEAL</u> OF
APPENDIX OF EVIDENTIARY MATERIALS TO
TELXON CORPORATION'S AND SYMBOL TECHNOLOGIES, INC.'S
MEMORANDUM IN OPPOSITION TO MOTIONS FOR SUMMARY
JUDGMENT OF JOHN W. PAXTON, SR. AND HUGHETTE CRUMPLER**

Please take notice that Telxon Corporation and Symbol Technologies, Inc. have manually filed under seal their Appendix of Evidentiary Materials to Memorandum in Opposition to Motions for Summary Judgment of John W. Paxton, Sr. and Hughette Crumpler. The document has been manually served on all parties.

Respectfully submitted,

|  |  |
|---|---|
| OF COUNSEL: | /s/ Jon J. Pinney<br>JAMES S. WERTHEIM (0029464)<br>KIMBERLY Y. SMITH (0066849) |
| GOODMAN WEISS MILLER LLP | JON J. PINNEY (0072761)<br>100 Erieview Plaza, 27th Floor<br>Cleveland, OH 44114-1882<br>(ph.) 216-696-3366 • (fax) 216-363-5835<br>wertheim@goodmanweissmiller.com<br>smith@goodmanweissmiller.com<br>pinney@goodmanweissmiller.com |

**Attorneys for Defendants/Third-Party Plaintiffs**

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 11, 2003, a copy of Notice of Manual Filing Under Seal of Appendix of Evidentiary Materials to Telxon Corporation's and Symbol Technologies, Inc.'s Memorandum in Opposition to Motions for Summary Judgment of John W. Paxton, Sr. and Hughette Crumpler was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                /s/ Jon J. Pinney
                                                JON J. PINNEY (0072761)