IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HUGHETTE CRUMPLER, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv131-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| TELXON CORPORATION, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon the Joint Motion to Strike Defendants' Memorandum in Opposition to Motions for Summary Judgment of Plaintiff Hughette Crumpler and Third-Party Defendant John W. Paxton, Sr. (Doc. 41). The Court hereby GRANTS such motion to strike and the Clerk of this Court is hereby directed to strike the Defendants' Memorandum in Opposition to Motions for Summary Judgment of Plaintiff Hughette Crumpler and Third-Party Defendant John W. Paxton, Sr. (Doc. 39) from the record.

The defendants have until September 19, 2003 to resubmit a memorandum in opposition to the pending motions for summary judgment. Such a memorandum shall not exceed fifty (50) pages. The plaintiff and third party defendant may file their replies in support of their motions for summary judgment no later than October 3, 2003.

IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                    Susan J. Dlott
                                                    United States District Judge