IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HUGHETTE CRUMPLER, | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:02cv131-SJD |
| | : District Judge Susan J. Dlott |
| TELXON CORPORATION, et al, | : |
| Defendant(s) | : |

ORDER

This matter is before the Court upon the joint motion for extension of time to file reply memoranda in support of motions for summary judgment of plaintiff Hughette Crumpler and third party defendant John W. Paxton, Sr. (Doc. 46).

Such motion is GRANTED and the plaintiff Hughette Crumpler and third party defendant John W. Paxton, Sr. shall have until October 10, 2003 to file their reply briefs in support of their motions for summary judgment.

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge