IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HUGHETTE CRUMPLER, | ) | CASE NO. C-1-02-131 |
| | ) | |
| Plaintiff, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| vs. | ) | |
| | ) | |
| TELXON CORPORATION, et al., | ) | |
| | ) | |
| Defendants/Third-Party | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN W. PAXTON, SR., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

---

**NOTICE OF APPEARANCE OF STEVEN J. MILLER
AS LEAD TRIAL COUNSEL ON BEHALF OF
TELXON CORPORATION AND SYMBOL TECHNOLOGIES, INC.**

---

Telxon Corporation and Symbol Technologies, Inc. hereby give notice that Steven J. Miller

will appear as counsel of record and serve as lead trial counsel in this matter.  Telxon Corporation

and Symbol Technologies, Inc. respectfully request that the Court and all parties direct all future

pleadings, correspondence, etc. to the following trial counsel now of record:

Steven J. Miller, Esq.
Jon J. Pinney, Esq.
GOODMAN WEISS MILLER LLP
100 Erieview Plaza, 27th Floor
Cleveland, OH  44114-1882
miller@goodmanweissmiller.com
pinney@goodmanweissmiller.com

Respectfully submitted,

 /s/ Jon J. Pinney
OF COUNSEL:                         STEVEN J. MILLER (0014293)
                                    JON J. PINNEY (0072761)
GOODMAN WEISS MILLER LLP            100 Erieview Plaza, 27th Floor
                                    Cleveland, OH 44114-1882
                                    (ph.) 216-696-3366 • (fax) 216-363-5835
                                    miller@goodmanweissmiller.com
                                    pinney@goodmanweissmiller.com

                                    **Attorneys for Defendants/Third-Party
                                    Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2003, a copy of the Notice of Appearance of Steven J. Miller as Lead Trial Counsel on Behalf of Telxon Corporation and Symbol Technologies, Inc. was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

 /s/ Jon J. Pinney
JON J. PINNEY (0072761)