**Jon J. Pinney**

**From:** ohndecf@ohnd.uscourts.gov
**Sent:** Wednesday, October 08, 2003 10:50 AM
**To:** OHNDdb_NEF@ohnd.uscourts.gov
**Subject:** Activity in Case 5:01-cv-02356-DDD Telxon Corporation v. Paxton, Sr. "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**Northern District of Ohio**

Notice of Electronic Filing

The following transaction was received from P, S entered on 10/8/2003 at 10:49 AM EDT and filed on 10/8/2003
**Case Name:**       Telxon Corporation v. Paxton, Sr.
**Case Number:**     5:01-cv-2356
**Filer:**
**Document Number:** 148

**Docket Text:**
Order placing under seal a proposed Memorandum Opinion ruling on Telxon's Motion for Summary Judgment. Oral argument regarding proposed Memorandum Opinion to be held on 10/22/2003 at 4:00 p.m.. Signed by Judge David D. Dowd Jr. on 10/6/03. (Attachments: # (1) Appendix Proposed Memorandum Opinion, FILED UNDER SEAL #3342)(P, S)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=10/8/2003] [FileNumber=1108706-0]
[8375f2e29f27a3a49926fac5a0410d54b7d11e97ab03afd6bb2c6de011705f11ba25a
600635847526f2f11fc1da428a73f3fb7b6d061203b1d2c85e08b84593b]]
**Document description:** Appendix Proposed Memorandum Opinion, FILED UNDER SEAL #3342
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=10/8/2003] [FileNumber=1108706-1]
[66049d411b5e5eb3b8eb51da8e8a29457d8859b3026d6e3d69403f8f481f69ee36336
fd97572aaf05782bb16eb0684035e91e51e1045a44b8957fd8d83bf3613]]

**5:01-cv-2356 Notice will be electronically mailed to:**

Drew A. Carson     carson@goodmanweissmiller.com,
pinney@goodmanweissmiller.com;mark.kornfeld@cliffordchance.com;eric.lobenfeld@cliffordchance.com;michell

Frank G. Mazgaj     fmazgaj@hcplaw.net

10/10/2003

Steven J. Miller    miller@goodmanweissmiller.com, heidenreich@goodmanweissmiller.com;mcginnis@goodmanweissmiller.com

Jon J. Pinney    pinney@goodmanweissmiller.com, hinkle@goodmanweissmiller.com

Kimberly Y. Smith    smith@goodmanweissmiller.com, decarlo@goodmanweissmiller.com

Robert L Tucker    ltucker@hcplaw.net

James S. Wertheim    wertheim@! goodmanweissmiller.com, decarlo@goodmanweissmiller.com

James S. Wertheim    wertheim@goodmanweissmiller.com, decarlo@goodmanweissmiller.com

**5:01-cv-2356 Notice will not be electronically mailed to:**

10/10/2003

DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Telxon Corporation, ) | |
| ) | CASE NO. 5:01CV2356 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| John W. Paxton, Sr., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The Court has drafted a proposed ruling on Telxon's Motion for Summary Judgment. The Proposed Memorandum Opinion is attached to this Order as an Appendix. The Clerk is directed to serve this Order and the Proposed Memorandum on counsel for the parties ,but to place the Appendix under seal, since it is still only a proposed ruling.

The Court will conduct oral argument with respect to the Proposed Memorandum Opinion on October 22, 2003, at 4:00 PM. Since Telxon is the losing party in the proposed ruling, it shall have the opportunity to argue first.

IT IS SO ORDERED.

  October 6, 2003                                    /s/ David D. Dowd, Jr.
Date                                                  David D. Dowd, Jr.
                                                          U.S. District Judge

## Jon J. Pinney

| | |
|---|---|
| **From:** | 'Stacy_S_Peters@ohnd.uscourts.gov |
| **Sent:** | Wednesday, October 08, 2003 11:07 AM |
| **To:** | carson@goodmanweissmiller.com; pinney@goodmanweissmiller.com; smith@goodmanweissmiller.com; miller@goodmanweissmiller.com; wertheim@goodmanweissmiller.co; fmazgaj@hcplaw.net; ltucker@hcplaw.net |
| **Cc:** | Deborah_W_Mattei@ohnd.uscourts.gov |
| **Subject:** | Telxon v. Paxton, 5:01cv2356 |

Attached is a proposed memorandum opinion which is being served upon you pursuant to Judge Dowd's Order filed today, document # 148.

> Order placing under seal a proposed Memorandum Opinion ruling on Telxon's Motion for Summary Judgment. Oral argument regarding proposed Memorandum Opinion to be held on 10/22/2003 at 4:00 p.m.. Signed by Judge David D. Dowd Jr. on 10/6/03. (Attachments: # 1 Appendix Proposed Memorandum Opinion, FILED UNDER SEAL #3342)(P, S) (Entered: 10/08/2003)



Stacy S. Peters
United States District Court

330-375-5434

10/10/2003