DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Telxon Corporation, ) | |
| ) | CASE NO. 5:01CV2356 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| John W. Paxton, Sr., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The Court held an oral argument on October 22, 2003, pursuant to its Order of October 6, 2003 (Doc. No. 151). Based on the oral argument, the Court's Proposed Memorandum Opinion of October 2, 2003, is now vacated and shall be held at not. Further, the Proposed Memorandum Opinion SHALL NOT be distributed to anyone.

Telxon is granted leave until November 5, 2003, to file a supplement to its Motion for Summary Judgment (Doc. No. 140). The Defendant shall file a response by November 19, 2003, and a reply, if any, shall be filed no later than December 1, 2003.

Lastly, the trial date set for December 15, 2003, is now vacated. A new trial date shall be set by the Court at a later time.

IT IS SO ORDERED.

| | |
|---|---|
| <u>October 22, 2003</u> | <u>/s/ David D. Dowd, Jr.</u> |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |