IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HUGHETTE CRUMPLER, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv131-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| TELXON CORPORATION, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon the defendant/third party plaintiff Telxon's motion to strike and for sanctions (Docs. 51 and 53) a response in opposition (Doc. 54) and a reply (Doc. 55) thereto. Upon the filing of the response in opposition, this Court removed the document in question from the docket of this case and directed the Clerk of this Court to seal said document. Subsequently, the defendant/third party plaintiff has submitted a notice to the Court that the document in question has been vacated by the Judge in the Northern District of Ohio. Accordingly, the motion to strike is MOOT and the Clerk of this Court is hereby directed to return said document to counsel for the plaintiff.

The motion for sanctions is hereby DENIED WITHOUT PREJUDICE to resubmission after the ruling on the merits of this case.

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge