IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HUGHETTE CRUMPLER, | ) | CASE NO. C-1-02-131 |
| Plaintiff, | ) ) | JUDGE SUSAN J. DLOTT |
| vs. | ) ) | |
| TELXON CORPORATION, et al., | ) ) | **TELXON CORPORATION AND SYMBOL TECHNOLOGIES, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES** |
| Defendants/Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| JOHN W. PAXTON, SR., | ) ) | |
| Third-Party Defendant. | ) | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Telxon Corporation and Symbol Technologies, Inc. (collectively "Defendants") submit the following initial disclosures to Plaintiff Hughette Crumpler ("Plaintiff"):

A.  **Individuals or Entities Likely to Have Discoverable Information**

The following individuals or entities are likely to have discoverable information relevant to the Complaint, Counterclaim, and Third-Party Complaint. These initial disclosures will be supplemented if additional information is obtained through discovery.

1.  **John W. Paxton**
    5697 State Route 132
    Batavia, OH 45103

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

**Exhibit A**

2.  **Hughette Crumpler**
    648 West Wllington, Apt.2-W
    Chicago, Ill. 60657

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

3.  **Richard J. Bogomolny**
    530 Battles Road
    Gates Mills, OH  44040
    (440) 423-1519

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

4.  **Norton W. Rose**
    Kenzer Corporation
    3601 Green Rd., Suite 310
    Beachwood, OH  44122
    (216) 595-6585

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

5.  **Dr. Raj Reddy**
    Carnegie Mellon University
    5325 Wean Hall
    Pittsburgh, PA  15213
    (412) 268-2598

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

6.  **John H. Cribb**
    J.H.C. Consulting
    Harbourside House
    94 Panorama Road
    Sandbanks
    Poole, Dorset BH137RG
    United Kingdom
    (011) 44-1202-707-597

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

7. **Robert A. Goodman**
   28726 Gates Mills Blvd.
   Pepper Pike, OH 44124
   (216) 831-2417

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

8. **R.D. Garwood**
   8400 Jett Ferry Road
   Atlanta, GA 30350
   (770) 668-9068

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

9. **L. Michael Hone**
   7 Bobby Jones Drive
   Andover, MA 01810
   (978) 475-9865

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

10. **Jonathon R. Macey**
    28 Renwick Heights Road
    Ithaca, NY 14850
    (607) 272-0366

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

11. **Frank E. Brick**
    10 Summer Port
    Woodlands, TX 77381

(281) 364-1204

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and the authority of the Chief Executive Officer.

12. **Gerald Gabriel**
 2694 Sanctuary Drive
 Akron, OH  44333
 (330) 664-2216

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Plaintiff's employment history with Telxon.

13. **Gary L. Grand**
 530 Park Ridge Drive
 Munroe Falls, OH  44262
 (330) 688-0747  Home

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Plaintiff's employment history with Telxon.

14. **Leonard H. Goldner**
 **Bob Bradshaw**
 **Cecile Hickman**
 Symbol Technologies, Inc.
 One Symbol Plaza
 Holtsville, NY  11742
 (631) 738-2400

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, the terms of the merger agreement and Paxton and Crumpler's conduct after the merger agreement was signed.

15. **Tomo Razmilovic**
 c/o Jon J. Pinney
 Goodman Weiss Miller LLP
 100 Erieview Plaza, 27th Floor
 Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, the terms of the merger agreement and Paxton and Crumpler's conduct after the merger agreement was signed.

16. **Meg Pais**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

17. **Lisa McManis**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

18. **Glenn Hansen**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

19. **Beth Staples**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

B.   **Identification of Documents**

Attached hereto are copies of all documents, data compilations, and tangible things that are in the possession, custody, or control of the Defendants and that the Defendants may use to support their claims or defenses.

C.  **Computation of Damages**

Defendants have not determined, at this time, the amount of damages that Defendants have suffered as a result of Plaintiff's fraudulent course of conduct, as alleged in Defendants' Counterclaim. Consistent with the Federal Rules of Civil Procedure, Defendants will supplement their response hereto.

D.  **Insurance**

There is no insurance coverage that will satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

OF COUNSEL:

GOODMAN WEISS MILLER LLP

Respectfully submitted,

_____
JAMES S. WERTHEIM (0029464)
KIMBERLY Y. SMITH (0066849)
JON J. PINNEY (0072761)
100 Erieview Plaza, 27th Floor
Cleveland, OH 44114-1882
(216) 696-3366 - phone
(216) 363-5835 - facsimile
wertheim@goodmanweissmiller.com
smith@goodmanweissmiller.com
pinney@goodmanweissmiller.com

**Counsel for Defendants Telxon Corporation and Symbol Technologies, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2002, a copy of Telxon Corporation and Symbol Technologies, Inc.'s Initial Disclosures to Plaintiff Hughette Crumpler was sent via overnight mail to:

>ROBERT A. McMAHON
>EBERLY McMAHON HOCHSCHEID LLC
>3700 Eastern Avenue
>Cincinnati, OH 45226

*Jon J. Pinney*