IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HUGHETTE CRUMPLER, | ) | CASE NO. C-1-02-131 |
| | ) | |
| Plaintiff, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| vs. | ) | |
| | ) | |
| TELXON CORPORATION, et al., | ) | |
| | ) | **TELXON CORPORATION AND** |
| Defendants/Third-Party Plaintiffs, | ) | **SYMBOL TECHNOLOGIES, INC.'S** |
| | ) | **RULE 26(a)(1) INITIAL** |
| | ) | **DISCLOSURES TO THIRD-PARTY** |
| vs. | ) | **DEFENDANT** |
| | ) | |
| JOHN W. PAXTON, SR., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Telxon Corporation and Symbol Technologies, Inc. (collectively "Defendants/Third-Party Plaintiffs") submit the following initial disclosures to Third-Party Defendant John W. Paxton, Sr. ("Paxton"):

**A.   Individuals or Entities Likely to Have Discoverable Information**

The following individuals or entities are likely to have discoverable information relevant to the Complaint, Counterclaim, Third-Party Complaint and Third-Party Counterclaim.

**Exhibit B**

These initial disclosures will be supplemented if additional information is obtained through discovery.

1. **John W. Paxton**
   5697 State Route 132
   Batavia, OH 45103

Subject: All allegations in all pleadings.

2. **Hughette Crumpler**
   648 West Wllington, Apt.2-W
   Chicago, Ill. 60657

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

3. **Richard J. Bogomolny**
   530 Battles Road
   Gates Mills, OH 44040
   (440) 423-1519

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

4. **Norton W. Rose**
   Kenzer Corporation
   3601 Green Rd., Suite 310
   Beachwood, OH 44122
   (216) 595-6585

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

2

5. **Dr. Raj Reddy**
   Carnegie Mellon University
   5325 Wean Hall
   Pittsburgh, PA 15213
   (412) 268-2598

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

6. **John H. Cribb**
   J.H.C. Consulting
   Harbourside House
   94 Panorama Road
   Sandbanks
   Poole, Dorset BH137RG
   United Kingdom
   (011) 44-1202-707-597

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

7. **Robert A. Goodman**
   28726 Gates Mills Blvd.
   Pepper Pike, OH 44124
   (216) 831-2417

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

8. **R.D. Garwood**
   8400 Jett Ferry Road
   Atlanta, GA 30350
   (770) 668-9068

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

9. **L. Michael Hone**
   7 Bobby Jones Drive
   Andover, MA 01810
   (978) 475-9865

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

10. **Jonathon R. Macey**
    28 Renwick Heights Road
    Ithaca, NY 14850
    (607) 272-0366

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

11. **Frank E. Brick**
    10 Summer Port
    Woodlands, TX 77381
    (281) 364-1204

Subject: All allegations in the pleadings, specifically including, but not limited to, Telxon's corporate policy with respect to severance packages and indemnification and the authority of the Chief Executive Officer.

12. **Gerald Gabriel**
    2694 Sanctuary Drive
    Akron, OH 44333
    (330) 664-2216

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Plaintiff's employment history with Telxon.

13. **Gary L. Grand**
    530 Park Ridge Drive
    Munroe Falls, OH 44262
    (330) 688-0747 Home

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, Plaintiff's employment history with Telxon.

14. **Leonard H. Goldner**
    **Bob Bradshaw**
    **Cecile Hickman**
    Symbol Technologies, Inc.
    One Symbol Plaza
    Holtsville, NY 11742
    (631) 738-2400

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, the terms of the merger agreement and Paxton and Crumpler's conduct after the merger agreement was signed.

15. **Tomo Razmilovic**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint, specifically including, but not limited to, the terms of the merger agreement and Paxton and Crumpler's conduct after the merger agreement was signed.

16. **Meg Pais**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

17. **Lisa McManis**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

18. **Glenn Hansen**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

19. **Beth Staples**
    c/o Jon J. Pinney
    Goodman Weiss Miller LLP
    100 Erieview Plaza, 27th Floor
    Cleveland, Ohio 44114

Subject: All allegations in the Complaint, Counterclaim, and Third-Party Complaint.

B.  **Identification of Documents**

Attached hereto are copies of documents, data compilations, and tangible things that are in the possession, custody, or control of the Defendants/Third-Party Plaintiffs and that the Defendants/Third-Party Plaintiffs may use to support their claims or defenses. These initial disclosures will be supplemented if additional information is obtained through discovery.

C.  **Computation of Damages**

Defendants/Third-Party Plaintiffs have not determined, at this time, the exact amount of damages they have suffered as a result of Plaintiff's and Paxton's fraudulent course of conduct, as alleged in Defendants/Third-Party Plaintiffs' Counterclaim and Third-Party Complaint. Consistent with the Federal Rules of Civil Procedure, Defendants/Third-Party Plaintiffs will supplement their response hereto. Certainly, the damages include any monies paid to Crumpler.

D.   **Insurance**

Whether or not there is insurance coverage that will satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment is in dispute. Copies of insurance policies that may potentially provide coverage will be produced upon entry of a proper protective order.

                                              Respectfully submitted,

OF COUNSEL:

GOODMAN WEISS MILLER LLP

JAMES S. WERTHEIM (0029464)
KIMBERLY Y. SMITH (0066849)
JON J. PINNEY (0072761)
100 Erieview Plaza, 27th Floor
Cleveland, OH 44114-1882
(ph.) 216-696-3366 • (fax) 216-363-5835
wertheim@goodmanweissmiller.com
smith@goodmanweissmiller.com
pinney@goodmanweissmiller.com

**Attorneys for Defendants/Third-Party Plaintiffs**

## CERTIFICATE OF SERVICE

A copy of *Telxon Corporation and Symbol Technolgoies, Inc.'s Rule 26(a)(1) Initial Disclosures to Third-Party Defendant* was sent by overnight mail, postage prepaid, this 6th day of January, 2003, to:

>Robert A. McMahon, Esq.
>EBERLY MCMAHON HOCHSCHEID LLC
>3700 Eastern Avenue
>Cincinnati, OH  45226
>**Counsel for Plaintiff Hughette Crumpler**
>
>Michael A. Manzler, Esq.
>Deborah DeLong, Esq.
>DINSMORE & SHOHL LLP
>1900 Chemed Center
>255 East Fifth Street
>Cincinnati, OH  45202
>**Counsel for Third-Party Defendant John W. Paxton, Sr.**

_____
KIMBERLY Y. SMITH