UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUGHETTE CRUMPLER,

Case Number:  1:02cv131-SJD

V.

TELXON CORPORATION, et al,                District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that the TRIAL in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 836 |
| | DATE AND TIME |
| | MONDAY, MARCH 8, 2004 at 9:30 A.M. |

SPECIAL INSTRUCTIONS:

1. The Final Pretrial Conference will be held on FRIDAY, FEBRUARY 13, 2004 at 2:00 P.M. in Room 829.

TERRY DEINLEIN, ACTING CLERK

___s/Susan J. Dlott_____
Stephen Snyder
Case Manager
(513) 564-7633

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.