IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUGHETTE CRUMPLER,

          Case Number: 1:02cv131-SJD

vs.

          District Judge Susan J. Dlott

TELXON CORPORATION, et al,

NOTICE

The FINAL PRETRIAL CONFERENCE previously scheduled for FRIDAY, FEBRUARY 13, 2004 is hereby VACATED.


          JAMES BONINI, CLERK

          ___s/Stephen Snyder_____
          Stephen Snyder
          Case Manager
          (513) 564-7633