UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HUGHETTE CRUMPLER, | : | Case No. C-1-02-131 |
| Plaintiff, | : | (Judge Susan J. Dlott) |
| v. | : | |
| TELXON CORPORATION, et al., | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| v. | : | STIPULATION OF DISMISSAL WITH PREJUDICE |
| JOHN W. PAXTON, SR., | : | |
| Third-Party Defendant. | : | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties herein withdraw all pending motions with prejudice and stipulate to the dismissal of this action with prejudice and in its entirety. Each party shall bear its own costs.

**s/ Robert A. McMahon**
Robert A. McMahon (0064319)
Eberly McMahon Hochscheid LLC
3700 Eastern Avenue
Cincinnati, Ohio 45226
(513) 533-3441
bmcmahon@emh-law.com

Trial Attorney for Plaintiff

**s/ James S. Wertheim**
James S. Wertheim (0029464)
Goodman Weiss Miller LLP
100 Erieview Plaza, 27th Floor
Cleveland, Ohio 44114-1882
(216) 696-3366
wertheim@goodmanweissmiller.com

Trial Attorney for Defendants

**s/ Michael A. Manzler**
Michael A. Manzler (0059968)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio  45202
(513) 977-8693
michael.manzler@dinslaw.com

Trial Attorney for Third-Party Defendant